[No. 5026-1.   Division One.   May 15, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY
VAN COURT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 77207, Donald J. Horowitz, J., entered September 13, 1976. *Affirmed* by unpublished per curiam
opinion.

[No. 5055-1.   Division One.   May 15, 1978.]

ROBERT M. McGLATHERY, ET AL, *Appellant,* v. THE
CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 798721, James W. Mifflin, J., entered September 7 and 20, 1976. *Affirmed* by unpublished per curiam
opinion.

[No. 5088-1.   Division One.   May 15, 1978.]

MARTIN J. TARABOCHIA, *Appellant,* v. PETER PAN
SEAFOODS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 801632, James W. Mifflin, J., entered September 27, 1976. *Affirmed* by unpublished per curiam opinion.